UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT VANDELL | Violation No. 09850058<br>Case No. 25 mc 80007<br><br>Magistrate Judge Heather K. McShain |

## STATUS REPORT AND MOTION TO DISMISS

The UNITED STATES OF AMERICA, by its Attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, reports as follows:

1. On or about May 7, 2025, defendant was issued a United States District Court Violation Notice under Violation Number 09850058, charging him with creating a disturbance on federal property, in violation of Title 41, Code of Federal Regulations, Section 102-74.390(a). The Violation Notice instructed defendant to appear in federal court on July 14, 2025.

2. On July 14, 2025, defendant appeared in the United States District Court for the Northern District of Illinois for his scheduled court hearing. At this hearing, defendant indicated his desire to proceed to trial. The Court scheduled a telephonic status hearing for August 8, 2025. Dkt. 3.

3. On August 8, 2025, defendant failed to dial into the telephonic status hearing as directed and the Court continued the telephonic status hearing to August 22, 2025. Dkt. 4.

4. On August 22, 2025, defendant again filed to dial into the telephonic status hearing as directed. The Court then set an in-person status hearing for September 4, 2025, and the government represented that it would attempt to personally serve defendant with the Court's order directing him to appear on September 4, 2025. Dkt. 5.

5. On or about September 2, 2025, the government discovered that defendant was detained at the Cook County Department of Corrections ("CCDOC") on a local matter and had been so detained since on or about August 4, 2025. On the same date, the government further discovered that defendant was deemed unfit to stand trial on his local matter, remanded to the Department of Human Services for inpatient treatment, and given a timeline of one year to obtain fitness with treatment. Defendant remains detained at the CCDOC and is currently awaiting a bed at an inpatient treatment facility.

6. In light of these facts, the government hereby moves to dismiss the Violation Notice and case against defendant.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Asheeka Desai
ASHEEKA DESAI
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2050

Dated: September 8, 2025